Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile:  (323) 464-7410

JS-6

*Attorneys for Plaintiffs*
*Burberry Limited (UK) and Burberry Limited (US)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURBERRY LIMITED, a United Kingdom Corporation; BURBERRY LIMITED, a New York Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IKHLAS SALIM, an individual dba EL SOCALO; AHMAD SALIM, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 12-2389 GAF (CWx)<br><br>**FINAL JUDGMENT**<br><br><br><br><br><br>**Hon. Gary Allen Feess** |

WHEREAS Plaintiffs Burberry Limited (UK) and Burberry Limited (US) (collectively "Burberry") have filed the present Complaint against Defendants Ikhlas Salim, an individual dba El Socalo, and Ahmad Salim for Trademark Counterfeiting, False Designations of Origin, Trademark Dilution, and Unfair Competition.

WHEREAS on March 28, 2013, Defendant Ahmad Salim stipulated to liability on all claims and to a Permanent Injunction.  (See Docket Nos. 22 and 23)

WHEREAS on July 12, 2013, this Court issued an Order, after consideration of briefing submitted by both parties, that Plaintiffs were entitled to $1,000,000.00 in statutory damages pursuant to 15 U.S.C. § 1117(c).

1  IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
2  DECREED, that Judgment be entered in favor of Plaintiffs Burberry Limited (UK) and
3  Burberry Limited (US) in the amount of **$1,000,000.00** against Defendant Ahmad
4  Salim in addition to costs.
5   IT IS FURTHER ORDERED that the Permanent Injunction stipulated to by the
6  parties and ordered by the Court in this matter remain in effect.
7
8  **IT IS SO ORDERED.**
9
10  DATED:     July 25, 2013      _____
11                                Honorable Gary A. Feess
                                  **United States District Judge**
12
13     JS-6