# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2389 GAF-CWx | Date | December 3, 2013 |
|---|---|---|---|
| Title | BURBERRY LTD. v. IKHLAS SALIM, AHMAD SALIM | | |

| Present: The Honorable | CARLA M. WOEHRLE | |
|---|---|---|
| D. THOMAS | N/A | CS 7-9-13 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| CINDY CHAN | NONE |

**Proceedings:**        JUDGMENT DEBTOR EXAM

.

 The case is called.  Counsel for judgment creditor, makes an appearance. The judgment debtor is present and sworn. The parties are excused to conduct the exam.

.

cc: Parties of Record

|  | : | 10 |
|---|---|---|
| Initials of Preparer | | dt |